JOSEPH HARRY LUKACH, Appellant, v. HARRY P. REIGART and Others,
Respondents.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

MARGARET E. BOWEN, Appellant, v. JOHN L. COLLINS, Respondent.—
Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.,
Laughlin, Smith, Merrell and Greenbaum, JJ.

LEKAS & DRIVAS, Respondent, v. ALBERT SCHWILL & COMPANY,
Appellant.— Judgment and order affirmed, with costs. No opinion.
Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, ·v. HARRY MOR-
GENSTEIN, Appellant.— Judgment affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

590 WEST END AVENUE, INC., Respondent, v. SLAWSON & HOBBS, Appel-
lant.— Order, so far as appealed from, affirmed, with ten dollars costs and
disbursements, with leave to the defendant to serve an amended answer
within ten days from service of order with notice of entry thereof upon pay-
ment of said costs and ten dollars costs of motion at the Special Term. No
opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Green-
baum, JJ.

JOHN HENRY TEMPELMAN, Appellant, v. HERBERT A. O'BRIEN, Respond-
ent.— Judgment and order affirmed, with costs. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD
BUDDE, Appellant.— Judgment affirmed. No opinion. Present — Clarke,
P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY
SHEA, Appellant.— Judgment and order affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MANNIS,
Appellant.— Judgment and order affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ALICE HUDSON, Respondent, v. A. EDWIN PAULSON, Appellant.— Order
affirmed, with ten dollars costs and disbursements. No opinion. Present —
Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM S. SUSSMAN, Respondent, v. COLUMBIA TRUST COMPANY,
Appellant.— Order affirmed, with ten dollars costs and disbursements; the
date for the examination to proceed to be fixed in the order. No opinion.
Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and
Greenbaum, JJ.

MOODY ENGINEERING COMPANY, INC., Respondent, v. CATALANA DE
GAS Y ELECTRICIDAD, S. A., Appellant.— Order affirmed, with ten dollars
costs and disbursements. No opinion. Present — Clarke, P. J., Dowling,
Smith, Page and Greenbaum, JJ.